IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CR-00361-RJC-DCK

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DOMINIQUE QUAMAINE BATTLE | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant for compassionate release, (Doc. No. 25), and the government's response, (Doc. No. 27). He has since been released from the custody of the Bureau of Prisons. https://www.bop.gov/inmateloc/

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **DISMISSED as moot**.

The Clerk is directed to certify copies of this Order to the defendant and the United States Attorney.

Signed: July 31, 2024

Robert J. Conrad, Jr.
United States District Judge